# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4156

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff - Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa |
| Gerald Leach, also known as G-Money, | * | |
| also known as G-Man, | * | [UNPUBLISHED] |
| | * | |
| Defendant - Appellant. | * | |

_____

Submitted: May 9, 2000

Filed: July 3, 2000

_____

Before BOWMAN, LOKEN, and BYE, Circuit Judges.

_____

PER CURIAM.

Gerald Leach appeals his drug conspiracy conviction and the denial of his motion for a new trial. Leach contends that the jury's verdict is not supported by sufficient evidence, and that the district court[1] abused its discretion by not granting a motion for a new trial based on a claim that the prosecutor knowingly used perjured testimony. The record contains substantial evidence on which the jury reasonably could have

---

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.

found Leach guilty.  The district court thoroughly and accurately addressed the claim of prosecutorial misconduct in its order denying the motion for a new trial, and we find no abuse of discretion.  A further discussion of Leach's arguments would serve no useful precedential purpose.  We thus affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.